SEALED

```
                                    ___✓_ FILED      ____ RECEIVED
                                    ____ ENTERED     ____ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              OCT 1 3 2015

                                           CLERK US DISTRICT COURT
                                            DISTRICT OF NEVADA
                                    BY:_____DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ASCENERGY LLC and <br> JOSEPH (a/k/a JOEY) GABALDON, <br><br> Defendants, <br><br> PYCKL LLC and ALANAH ENERGY, LLC, <br><br> Relief Defendants. | 2:15-cv-01974-GMN-PAL |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys David B. Reece and Keefe Bernstein to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so

1

employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Reece and Mr. Bernstein are attorneys with the Securities and Exchange Commission, an agency of the federal government. Mr. Reece is a member in good standing of the Texas State Bar (No. 24002810). Mr. Bernstein is a member in good standing of the Texas State Bar (No. 24006839).

The following contact information is provided to the Court:

Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
Fax: (817) 978-4927

David B. Reece
Phone: (817) 978-6476
reeced@sec.gov

Keefe Bernstein
Phone: (817) 900-2607
bernsteink@sec.gov

Accordingly, the United States respectfully requests that the Court admit David B. Reece and Keefe Bernstein to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 13th day of October 2015.

                DANIEL G. BOGDEN
                United States Attorney

                */s/ Troy K. Flake*
                TROY K. FLAKE
                Assistant United States Attorney

                IT IS SO ORDERED:

                _____
                UNITED STATES DISTRICT JUDGE
                UNITED STATES MAGISTRATE JUDGE
                DATED:    10-14-15