UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

ASCENERGY LLC and
JOSEPH (a/k/a JOEY) GABALDON,

Defendants,

PYCKL LLC and ALANAH ENERGY, LLC,

Relief Defendants.

Case No.:

**ORDER UNSEALING PROCEEDING**

This matter came on before the Court this 23 day of October, 2015, on Plaintiff Securities and Exchange Commission's ("Commission") Notice of Status to Unseal Proceedings. The Court, having reviewed the notice and its prior Order sealing this matter, is of the opinion that this matter should no longer be sealed.

IT IS THEREFORE ORDERED that these proceedings, the pleadings, motions, memoranda, all orders, and all other filings herein shall be unsealed.

IT IS SO ORDERED:

_____
United States District Judge

DATED: October 23, 2015

1