UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCENERGY, LLC, et al.,<br><br>Defendants. | Case No. 2:15-cv-01974-GMN-PAL<br><br>ORDER<br><br>(Mot WD Counsel – Dkt. #51) |

Before the court is Corrigan & Morris, LLP, Counsel for Defendant Joseph Gabaldon; and Gerald I. Gillock, Designated Resident Agent and Nevada Counsel for Joseph Gabaldon, for an Order Permitting Withdrawal of Counsel (Dkt. #51) filed February 23, 2016. The motion represents that the agreed scope of representation has been completed, and there has been a breakdown in the attorney-client relationship precluding further services. Brian Corrigan, Stanley Morris and local counsel Gerald Gillock therefore seek leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Brian Corrigan, Stanley Morris and Gerald Gillock's Motion Permitting Withdrawal of Counsel (#51) is **GRANTED**.

2. Defendant Joseph Gabaldon shall have until **March 23, 2016**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

3. Defendant Gabaldon's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that default judgment be entered against him for his failure to prosecute.

4. The Clerk of the Court shall serve Defendant Gabaldon with a copy of this order at his last known address:

Joseph Gabaldon
1500 E. Hamilton Ave., Suite 215
Campbell, CA  95008

DATED this 24th day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2