1
2
3
4
5
6
7
8
9
10
11
12

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

13
14
15
16
17
18
19
20
21

| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASCENERGY LLC and JOSEPH (aka JOEY) GABALDON,<br><br>    Defendants,<br><br>PYCKL LLC and ALANAH ENERGY, LLC,<br><br>    Relief Defendants. | CASE NO.: 2:15-CV-01974-GMN-PAL<br><br>[■■■] ORDER GRANTING UNOPPOSED MOTION TO UNFREEZE JOSEPH GABALDON'S ASSETS TO PAY LIVING EXPENSES<br><br>Judge:              Gloria M. Novarro<br>Complaint Filed: October 13, 2015 |

22
23
24
25
26
27
28

Having fully considered Joseph Gabaldon's Unopposed Motion to Unfreeze Assets to Pay Living Expenses, the Court hereby ORDERS as follows:

Joseph Gabaldon's personal bank accounts, credit cards, and PayPal account listed below are to be unfrozen.

| Banking Institution (Assets) | Account Name | Last 4 digits of Account Number |
|---|---|---|
| Wells Fargo Bank, N.A. | Joey Gabaldon | 1841 |
| Wells Fargo Bank, N.A. | Joey Gabaldon | 6481 |
| Wells Fargo Bank, N.A. | Joey Gabaldon | 3486 |
| Wells Fargo Bank, N.A. | Joey Gabaldon | 2149 |

| Credit Card Institution (Debt) | Account Name | Last 4 digits of Account Number |
|---|---|---|
| Capital One Financial | Joey Gabaldon | 6668 |
| Capital One Financial | Joey Gabaldon | 8111 |

| Online Money Transfer Institution | Account Name | Account Login |
|---|---|---|
| PayPal | Joey Gabaldon | kcjoey@gmail.com |

It is further ordered that Mr. Gabaldon's monthly expenses from the above referenced accounts are limited to $5,000 and specifically for living expenses and attorneys fees.

It is further ordered Mr. Gabaldon automatically provide the United States Securities and Exchange Commission with monthly statements for the above referenced accounts, and provide additional information regarding these accounts to the Securities and Exchange Commission upon request.

It is further ordered that Mr. Gabaldon will have immediate access to the entirety of his frozen assets in the above referenced accounts.

It is further ordered this lift of the asset freeze is to extend for six months from the date this order is entered, unless an extension is granted.

Mr. Gabaldon's Motion to Unfreeze Assets to Pay Living Expenses is GRANTED.

**IT IS SO ORDERED.**

Dated: <u>October 3</u>, 2016        By: _____
                                  Hon. Gloria M. Novarro
                                  United States District Judge