UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ASCENERGY LLC and<br>JOSEPH (a/k/a JOEY) GABALDON,<br><br>　　　　Defendants,<br><br>PYCKL LLC and ALANAH ENERGY, LLC,<br><br>　　　　Relief Defendants. | Case No.: 2:15-cv-01974-GMN-PAL<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM REQUIREMENT THAT ATTORNEYS APPEARING AT DECEMBER 8, 2016 SETTLEMENT CONFERENCE HAVE FULL SETTLEMENT AUTHORITY** |

　　Before the Court is Plaintiff Securities and Exchange Commission's ("Plaintiff") Unopposed Motion for Relief From Requirement that Attorneys Appearing at December 8, 2016 Settlement Conference Have Full Settlement Authority. Having considered Plaintiff's Motion and the supporting Memorandum of Points and Authorities, the Court finds that the motion is meritorious and should be granted. **IT IS ORDERED THAT** Plaintiff is permitted to attend the Settlement Conference through its trial counsel who have appeared in this case, David Reece and Keefe Bernstein, and by also having David Peavler, the Associate Director for Enforcement at the Commission's Fort Worth Regional Office, available by phone.

IT IS SO ORDERED:

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2016.