UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCENERGY, LLC, et al.,<br><br>Defendant. | Case No. 2:15-cv-01974-GMN-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 48) filed January 20, 2016, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 14, 2016. There are no dispositive motions pending. However, on September 22, 2016 the district judge referred this matter to the undersigned for a settlement conference. A settlement conference is set for December 8, 2016. To date, the parties have not filed a joint pretrial order. However, to conserve resources of all concerned, if a settlement is not reached, the court will direct that the joint pretrial order be filed 30 days after the settlement conference.

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 9, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

/ / /

/ / /

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 3rd day of November, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE