UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>    v.<br><br>ASCENERGY LLC, et al.,<br><br>                Defendants. | Case No. 2:15-cv-01974-GMN-PAL<br><br>ORDER |

Due to the scheduling needs of the court,

**IT IS ORDERED** that the Settlement Conference, currently scheduled for December 8, 2016, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **January 24, 2017, at 1:00 p.m., before <u>The Honorable Carl W. Hoffman</u>**.

Confidential settlement statements are due to Judge Hoffman's Chambers, Room 3014, **no later than 4:00 p.m., January 17, 2017.**

All other instructions within the original Order Scheduling Settlement Conference (ECF No. 70) shall remain in effect.

DATED this 10th day of November, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE