DAVID REECE (TX Bar No. 24002810)
Email: ReeceD@sec.gov
KEEFE BERNSTEIN (TX Bar No. 24006839)
Email: BernsteinK@sec.gov
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
Telephone: (817) 900-2607
Facsimile: (817) 978-4927

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASCENERGY LLC and<br>JOSEPH (a/k/a JOEY) GABALDON,<br><br>　　　　Defendants,<br><br>PYCKL LLC and ALANAH ENERGY, LLC,<br><br>　　　　Relief Defendants. | Case No.: 2:15-cv-01974-GMN-PAL<br><br>**THE PARTIES' JOINT MOTION TO CONTINUE PRETRIAL ORDER DEADLINE** |

Plaintiff Securities and Exchange Commission ("Plaintiff) and Defendant Ascenergy LLC, Defendant Joseph Gabaldon, and Relief Defendant Alanah Energy, LLC (collectively, the "Appearing Defendants") submit this Joint Motion to Continue the Pretrial Order Deadline, and respectfully show the Court as follows.

1. On November 3, 2016, the Court entered an Order requiring the parties to file a joint pretrial order no later than January 9, 2017. ECF No. 74.

2. To conserve resources, the Court set the pretrial order deadline 30 days after the Court-ordered settlement conference in this matter. *Id.* That settlement conference was initially scheduled for December 8, 2016. *Id.*

3. However, on November 10, 2016, the Court entered an order continuing the settlement conference to January 24, 2017. ECF No. 75. The order did not specifically address the January 9, 2017 pretrial order deadline.

4. To conserve judicial and party resources, the parties respectfully request that the Court continue the pretrial order deadline until: (a) further notice of the Court, or alternatively, (b) 30 days after the Court rules on Plaintiff's pending Motion to Set Remedies Amounts and for Entry of Final Judgment against the Appearing Defendant [ECF No. 76], or alternatively, (c) 30 days after the completion of the settlement conference.

5. The Court has entered an Agreed Judgment against the Appearing Defendants. ECF No. 63. As set forth in the Agreed Judgment, the only issue remaining as to Plaintiff's claims against the Appearing Defendants is the determination by the Court of Plaintiff's motion to set the amount of civil penalties, disgorgement, and prejudgment interest. *Id.*[1] If no agreement on remedies is reached at the settlement conference, the parties anticipate that the

---

[1] The Court authorized Plaintiff to file its pending motion to set the amount of remedies and to enter Final Judgment in the Agreed Judgment, and the Court may decide the motion based solely on the parties' submissions. *Id.* at III.

2

Court will set the amount of remedies and enter Final Judgment against the Appearing Defendants.

6. Accordingly, the parties do not believe that any triable issues between them remain.[2] To the extent the Court determines a joint pretrial order is appropriate under the circumstances, the parties request leave to file the pretrial order upon further notice of the Court, or alternatively, 30 days after the Court rules on the Plaintiff's pending Motion to Set Remedies Amounts and for Entry of Final Judgment against the Appearing Defendant, or alternatively, 30 days after the completion of the settlement conference.

7. The requested relief will conserve judicial and party resources and will not delay the resolution of this action.

---

[2] Relief Defendant Pyckl LLC ("Pyckl") has not answered this action. Plaintiff is engaged in ongoing settlement discussions with Pyckl and anticipates that it will be filing a Motion for Entry of an Agreed Final Judgment or, alternatively, a Request for Entry of Default Judgment against Pyckl.

Dated:  December 19, 2016            Respectfully submitted,

/s/ Keefe M. Bernstein
David B. Reece
Texas Bar No. 24002810
Keefe M. Bernstein
Texas Bar No. 24006839
SECURITIES AND EXCHANGE
COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-6476 (phone) (dbr)
(817) 900-2607 (phone) (kb)
(817) 978-4927 (facsimile)

Attorneys for Plaintiff
Securities and Exchange Commission


/s/ Ethan J. Brown
Ethan J. Brown
SBN 218814
Brown, Neri, Smith & Khan LLP
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
(310) 593-9890 (phone)
(310) 593-9980 (facsimile)

Attorneys for Defendant Joseph Gabaldon,
Defendant Ascenergy LLC, and
Relief Defendant Alanah Energy, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to all filers under LR IC 1-1. In addition, I caused a true and correct copy of the foregoing to be mailed by U.S. Mail to the following addresses:

Ethan J. Brown
Jill Ray Glennon
Brown Neri Smith & Khan LLP
11766 Wilshire Boulevard, Suite 1670
Los Angeles, CA 90025

Craig A. Newby
2300 W. Sahara Ave., #1200
Las Vegas, NV 89102

Counsel for Ascenergy LLC, Alanah Energy, LLC, and Joseph Gabaldon

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASCENERGY LLC and<br>JOSEPH (a/k/a JOEY) GABALDON,<br><br>　　　　Defendants,<br><br>PYCKL LLC and ALANAH ENERGY, LLC,<br><br>　　　　Relief Defendants. | Case No.: 2:15-cv-01974-GMN-PAL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL ORDER DEADLINE** |

　　Before the Court is the Joint Motion of Plaintiff Securities and Exchange Commission and Defendant Ascenergy LLC, Defendant Joseph Gabaldon, and Relief Defendant Alanah Energy, LLC to Continue the Pretrial Order Deadline. Having considered the Joint Motion, the Court finds that the motion is meritorious and should be granted.

　　**IT IS ORDERED THAT** the parties' deadline to file a pretrial order in this matter is extended until 30 days after decision of Plaintiff's pending Motion to Set Remedies (ECF No. 76) in the event the decision leaves any remaining issues for trial.

　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　_____
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　DATED: December 28, 2016